

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2022

No 04-22-00068-CV

**In re STATE OF TEXAS**

Original Proceeding[1]

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Liza A. Rodriguez, Justice

On February 2, 2022, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **no later than ten (10) days from the date of this order.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** February 28, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1]This proceeding arises out of Cause No. 20-04-38777-MCVAJA, styled *State of Texas v. Six Hundred Eight Thousand One Hundred Seventy-Seven Dollars and No Cents in United States Currency and 2007 Chevrolet G-3500 Van VIN# 1GAHG39U971127428*, pending in the 365th Judicial District Court, Maverick County, Texas, the Honorable Amado J. Abascal, III presiding.